John P. Pratt
(*admitted pro hac vice*)
jpratt@kktplaw.com
Edward F. Ramos
eramos@kktplaw.com
(*admitted pro hac vice*)
Kurzban Kurzban Tetzeli & Pratt
131 Madeira Avenue
Coral Gables, FL 33134
(305) 444-0060

Anthony D. Guenther
adg@adguentherlaw.com
LAW OFFICES OF
ANTHONY D. GUENTHER, ESQ.
Nevada Bar No. 5651
721 S. 6th Street
Las Vegas, NV 89101
(702) 589-5170

*Attorneys for Plaintiffs*

Nicole Leibow
Assistant United States Attorney
United States Attorney's Office
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
Office: (702) 388-6020
nicole.leibow@usdoj.gov

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Yuliia Petlinska and Maksym Motolin,<br><br>Plaintiffs,<br><br>v.<br><br>Kika Scott, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services,<br><br>Defendant. | Case Number: 2:25-cv-00331-JCM-NJK<br><br>**JOINT STIPULATION** |

This action was brought by Plaintiffs Yuliia Petlinska and Maksym Motolin seeking, among other things, an order from this Court directing United States Citizenship and Immigration Services ("USCIS") to adjudicate their pending applications for Temporary Protected Status

("TPS") before April 28, 2025. On March 10, 2025, Plaintiffs filed a Motion for Preliminary Injunction (*see* ECF Nos. 15 & 16), which is currently pending.

The parties have conferred and hereby jointly stipulate to the following resolution of this action:

1. By April 26, 2025, USCIS will issue a final decision on the pending applications for TPS filed by Plaintiffs Yuliia Petlinska and Maksym Motolin, subject to paragraph 3 *infra*.

2. If USCIS issues a Request for Evidence ("RFE") on the pending TPS application(s), such RFE(s) shall be issued on or before April 1, 2025.

3. In the event USCIS issues an RFE on one or both TPS applications, Plaintiffs must submit a response by April 14, 2025 in order for USCIS to issue a final decision on the TPS application(s) by April 26, 2025.

4. Plaintiff Yuliia Petlinska will file a Form I-526E Immigrant Petition by Regional Center Investor no later than May 9, 2025.

5. Plaintiffs Yuliia Petlinska and Maksym Motolin request that the Court withdraw their pending Motion for Preliminary Injunction (ECF Nos. 15 & 16).

6. Upon the final adjudication of Plaintiffs' TPS applications, Plaintiffs will voluntarily dismiss this action, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), with the parties bearing their own attorney's fees and litigations costs.

7. This stipulation and any actions taken pursuant to it do not constitute any admission by Defendants of negligence or wrongdoing by Defendants and shall not be construed as a concession by Defendants as to any of Plaintiffs' claims in this action.

8. The Parties agree that this Court shall retain jurisdiction to enforce the terms of this stipulation. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994).

WHEREFORE, the parties respectfully ask the Court to enter the attached Proposed Order withdrawing Plaintiffs' motion for preliminary injunction and staying this case pending the Parties' performance as provided above.

Dated: March 21, 2025

/s/ Edward F. Ramos
Edward F. Ramos
eramos@kktplaw.com
*Admitted pro hac vice*

John P. Pratt
jpratt@kktplaw.com
*Admitted pro hac vice*

KURZBAN KURZBAN
TETZELI & PRATT, P.A.
131 Madeira Avenue
Coral Gables, Florida 33134
Tel. No. (305) 444-0060
Fax No. (305) 444-3503

Anthony D. Guenther
LAW OFFICES OF
ANTHONY D. GUENTHER, ESQ.
Nevada Bar No. 5651
721 S. 6th Street
Las Vegas, NV 89101
Phone: (702) 589-5170
Fax:     (702) 541-8866
Email:   adg@adguentherlaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

/s/ Nicole Leibow
Nicole Leibow
Assistant United States Attorney
United States Attorney's Office
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
Office: (702) 388-6020
nicole.leibow@usdoj.gov

*Attorney for Defendant*

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Yuliia Petlinska and Maksym Motolin, | Case Number: 2:25-cv-00331-JCM-NJK |
| Plaintiffs, | |
| v. | **ORDER** |
| Kika Scott, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services, | |
| Defendant. | |

This matter is before the Court on the parties' Joint Stipulation, filed on March 21, 2025. Pursuant to the stipulation, it is hereby **ORDERED** that Plaintiffs' motion for preliminary injunction is withdrawn, this action is stayed, and the Parties are directed to perform consistent with their agreement. This Court retains jurisdiction to enforce the terms of the Parties' stipulation. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994).

**IT IS SO ORDERED.**

Dated: March 31, 2025.

_____
Hon. James C. Mahan
UNITED STATES DISTRICT JUDGE

1